

U.S. Department of Justice
Civil Rights Division

Exhibit 1

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

VIA EMAIL

150 M Street, N.E.
Karen Ferguson , EMP, 4CON, Room 9.514
Washington, DC 20530

November 13, 2023

Dr. Chinyere C. Ogbonna-McGruder
c/o James Edwards, Esquire
Law Office of James Edwards
177 East Main Street
Lancaster Bldg., Suite 4
Hendersonville, TN 37075

Re: EEOC Charge Against Austin Peay State University, et al.
No. 494202300838

Dear Dr. Ogbonna-McGruder:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC Nashville Area Office, Nashville, TN.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Kristen Clarke
Assistant Attorney General
Civil Rights Division

by    /s/ Karen L. Ferguson
Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: Nashville Area Office, EEOC
Austin Peay State University, et al.