Exhibit 2

# Erin Rowland Carlin
(865)300-7329 • EVROWLAND@EIU.EDU

## EDUCATION:

**Doctor of Philosophy in Political Science**  Expected Aug 2021
The University of Tennessee, Knoxville
  *Focus*: Public Policy, International Relations, & Comparative Gov
  *Cross-Field:* Advance Research Methodology
  *Graduate Certification:* Global Security
  *Dissertation Topic*: "The Impact of Individual Mediator
    Competency Skills on Conflict Mediation Outcome"

**Master of Public Policy and Administration**  Aug 2016
The University of Tennessee, Knoxville

**Post Baccalaureate in Secondary Education**  Aug 2007
Middle Tennessee State University

**Bachelor of Science in International Relations**  Dec 2004
Minors: Mathematics & Interdisciplinary Writing
Middle Tennessee State University

## PROFESSIONAL EXPERIENCE:

**Instructor,** *Eastern Illinois University*  Aug 2019–Present
- Taught *traditional* courses in: American Government & the Constitution, Introduction to Public Policy, and European Politics & Government
- Taught *online* courses in: Research Methods in Public Administration & Public Policy, Proseminar in Public Policy Research & Analysis, Budgeting in Government & Nonprofit Organizations, and Cities, Politics, & Urban Studies
- Oversaw independent study students in: Research Design and Urban Economics & Development
- Supervised a graduate student's capstone project
- Created connections with local nonprofit, education, and government entities in 6 service-learning projects that organized a panel on preventing gender-based violence and human trafficking, created a first-ever, annual "campus giftbag" event for underprivileged students, and rewrote one-third of the Policies and Procedures manual for the EIU Athletic Dept
- Served as Recorder and RISE Chat Committee Member for Making Excellence Inclusive, a on-campus equity and diversity group

**Graduate Teaching Associate,** *University of Tennessee*  Aug 2016–Aug 2019
- Taught *traditional* courses in: Intro to International Relations, Intro to Public Policy and Administration, and Intro to American Government
- Taught *online* courses in: Contemporary International Problems: Security, Cyber Espionage, and Terrorism, as well as Intro to Public Policy and Administration

- Recruited numerous students to the Master's program, as well as my own undergraduate courses and routinely taught 44 to 48 students in classes originally capped at 35
- Created connections with nonprofit, government, and legal agencies to run between 6 and 11 service-learning projects each semester that secured grants, crafted bylaws, filmed educational videos, wrote publications, etc.

**Lecturer,** *Tennessee State University* – TN Management Certification Series  June 2017–Aug 2019
- Taught non-traditional correctional system employees *accelerated* courses in: Nonprofit Management, Public Administration and Urban Planning, American Governance and Institutions, and Urban Policies and Issues
- Read the needs of my struggling students and taught them how to break down the program-mandated paper projects into manageable steps of policy analysis; also, reeducated students on citations and paraphrasing
- Brought in supplemental material and videos to diversify the program's curriculum and help my students better connect with difficult concepts
- Routinely received such high student evaluation scores that I was asked to increase from teaching 1 course per year to 3 courses while still a University of Tennessee graduate student

**Educational Specialist,** *University of Tennessee TRIO – Upward Bound*  June 2013–Aug 2016
- Mentored and tutored at-risk (low-income and first generation) students in four high schools as part of a nonprofit, grant-funded program
- Increased recruiting numbers by over 200%, taking program from a deficiency to a 40+ student waitlist in a program that serves 80
- Given added responsibility of Senior Coordinator working to transition seniors to college, secure college admittance and scholarships, advise on college majors and schedules, and tutor college freshmen
- Served as a summer instructor in various English, Mathematics, and Research courses since 2008

**Teacher,** *Central High School of Knoxville*  Aug 2007–June 2013
- Taught various levels of high school English and Reading Intervention for at-risk students on 2nd-3rd grade reading levels to honors students
- Crafted new multi-level courses in Creative Writing and Journalism with student produced publications in both, including a professional anthology
- Built two new school clubs - National Beta Club and Pi Rho Creative Writing Club – and took students to compete at state competitions
- Served as a Knox County ACT Tutor, an afterschool tutor in English, Pre-Calculus, Calculus, Chemistry, and Government, a faculty in-service instructor, and a member of the Senior Transition Team that worked with seniors in danger of not graduating, helping them with credit recovery

---

## *TEACHING INTERESTS AT EASTERN ILLINOIS:*
- Public Policy Analysis, Applied Research Methods, Intro to American Government, Intro to Public Policy, Public Finance/Budgeting, Intro to International Relations, American Foreign Policy, European Politics and Governments, and other dept needs

### ACADEMIC & PROFESSIONAL RECOGNITION:
- Baker Center Fellow, Howard Baker Center for Public Policy, *University of Tennessee, Knoxville*, August 2017 - Present
- Graduate Assistantship, Political Science Department, *University of Tennessee, Knoxville*, August 2016 - Present
- Dan Y. Boring Professional Educator of the Year, *Central High School of Knoxville* – Administration-Selected Award, 2012
- Central High School of Knoxville's Future Teachers of America "Teacher of the Year" – Student Body-Selected Award, 2010
- Central High School of Knoxville's Future Teachers of America "Teacher of the Year" – Student Body-Selected Award, 2009 Applebee's Teacher of the Month – Faculty-Nominated Award, 2009
- WATE Channel 6 Teacher of the Month – Student-Nominated Local Award, 2008
- University of Tennessee Academic Merit Scholarship, 1998
- Valedictorian, *McMinn Central High School*, 1998

### PROFESSIONAL TRAINING:
- Online Course Development Institute Certification, Eastern Illinois University, 2019
- Best Practices in Teaching Certification, University of Tennessee, 2018
- Active Learning and Curriculum Development Workshops, International Studies Association – Midwest Pedagogy Conference, 2018
- Disciplinary Curriculum – workshop presenter, American Political Science Association – Teaching and Learning Conference, 2018
- Innovations in the Subfield Workshop, American Political Science Association – Teaching and Learning Conference, 2017

### LEADERSHIP & VOLUNTEERING:
Making Excellence Inclusive at Eastern Illinois University
    Recorder and RISE Chat Committee Member
East TN Chapter – American Society of Public Administration
    President and Vice President
Political Science Graduate Student Association
    President and Public Policy Rep
UTK Graduate Student Senate
    Secretary and Political Science Rep
UTK Commission on Women
    Graduate Student Senate Rep
International Journal for Nuclear Security
    Assistant Editor Vols. 2 and 3
Knoxville Writers' Guild
    President, Vice President, Education Chair, National Contest Chair, and Board Member
Sigma Kappa Alumnae of Knoxville and Nashville
    Alumnae Affiliate for Tennessee Wesleyan College and Alumnae Social Chair
Tennessee Achieves
    10-Year Mentor

### PUBLICATIONS:

- "Third-Party Knowledge and Success in Civil War Mediation." 2020. *The British Journal of Politics and International Politics*. Article with Krista Wiegand and Eric Keels.
- "2018 APSA Teaching and Learning Conference Track Summary: Disciplinary Curriculum." *PS: Political Science & Politics 51(3): 683-694*. Article with Chad Kinsella, Bobbi Gentry, Kelebogile Zvobgo, and Megan Becker.
- "2017 APSA Teaching and Learning Conference Track Summary: Innovative Subfield Strategies." *PS: Political Science & Politics 50(3): 854-855*. Article with Bobbi Gentry, Everett Vieira, and Daniel Mallinson.

## PUBLICATIONS IN PROGRESS:
- "The Impact of Individual Mediator Prior Knowledge on Mediation Success." Book chapter in a Jacob Bercovitch posthumous publication by Carmela Lutmar.
- "Money Wasted: How U.S. Aid and World Bank Funding of Anti-Corruption NGOs is Increasing Corruption in Shadow Economy States." Article.
- "The Challenges We Inherit: How Changes in Secondary Education Are Impacting University Instruction." Article.

## RESEARCH INTERESTS:
Street-Level Bureaucracy, U.S. Foreign Policy (in Conflict Management, Security Issues, and Foreign Aid), U.S. Interests in Post-Soviet States, Best Practices in Teaching Political Science

## CONFERENCES:
"A Rush of Blood: Comparing Blood Delivery Policies in the Fight to Decrease Maternal Death Around the World." Paper Panel Co-Author with Esther Appiah-Dwaah. Midwestern Political Science Association Annual Conference. 2020.

"Gaming the System: Nine Games to Teach American Government through Active Learning." Book Roundtable. Midwestern Political Science Association Annual Conference. 2020.

"Lessons from a Novice: Creating Your First Service-Learning Projects." Paper Panel. American Political Science Association Annual Conference – Teaching and Learning. 2019.

"The Role of Diplomacy and Knowledge in Civil War Mediation." Paper Panel Co-Author with Krista Wiegand. International Studies Association Annual Conference. 2019.

"Feeding the Beast: How Billions in Anti-Corruption Funding are Increasing Corruption in Africa and the Post-Soviet Bloc." Paper Panel Presenter. International Studies Association – Midwest Conference. 2018.

"The Impact of Individual Mediator Prior Knowledge on Mediation Success." Paper Panel Presenter. Peace Science Society. 2018.

"Money Wasted: Funding Corruption through Anti-Corruption Measures in the Post-Soviet Bloc." Paper Panel Presenter. Midwestern Political Science Association Annual Conference 2018.

"The Challenges We Inherit: How Changes in Secondary Education Are Impacting University Instruction." Paper Panel Presenter. American Political Science Association – Teaching and Learning Conference 2018.

"Who Mediates Matters: Determining What Makes for Successful Mediators."
   Paper Panel Presenter. Southern Political Science Association Annual Conference 2018.
"Who Mediates Matters: Determining What Makes for Successful Mediators."
   Paper Panel Presenter. Midwestern Political Science Association Annual Conference 2017.

## *PROFESSIONAL AFFILIATIONS*:

Illinois Government Finance Officers Association
American Political Science Association
Midwest Political Science Association
Southern Political Science Association
American Society of Public Administration
International City Management Association
International Studies Association

## *REFERENCES*:

Dr. Krista Wiegand, *University of Tennessee, Knoxville*
   Email: kwiegand@utk.edu
Dr. Michael Fitzgerald, *University of Tennessee, Knoxville*
   Email: mfitzge1@utk.edu
Dr. David Folz, *University of Tennessee, Knoxville*
   Email: dfolz@utk.edu
Dr. Richard Pacelle, *University of Tennessee, Knoxville*
   Email: rpacelle@utk.edu