Exhibit 3

EEOC Form 5 (10/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 494-2023-00838 |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev., etc.) | Home Phone | Year of Birth |
|---|---|---|
| Dr. Chinyere O. Ogbonna-McGruder | (615) 643-5483 | 1969 |

Street Address
7376 SMILEY HOLLOW RD
GOODLETTSVILLE, TN 37072

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| AUSTIN PEAY STATE UNIVERSITY | 501+ Employees | (931) 221-7572 |

Street Address
601 COLLEGE ST
CLARKSVILLE, TN 37044

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Retaliation | Earliest: 08/26/2022  Latest: 12/07/2022 |
| | Continuing Action |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been a faculty member and tenured Professor at Austin Peay University for over 16 years. I currently report to Chairperson, Dr. Lyle Gonga. I have previously filed two (2) charges with the EEOC, 494-2019-02950 and 494-2021-01993. As a result of filing these charges, I believe I continue to be retaliated against for reporting and opposing discrimination. On August 26, 2022, Dr. Scott Culhane, Chair of Criminal Justice advised that I will no longer be allowed to teach CPJ 4200 in the Spring of 2023 even though I developed the course at the request of Dr. Culhane. On October 7, 2022, APSU Provost, Dr. Maria Cronley, denied my previously approved Adjunct teaching at Fisk University. Starting in December of 2022, I continued to be retaliated against by threats expressed by Chairperson Dr. Gonga in the presence of my colleagues. The threat of my termination is evident in the statement that "... I should volunteer to write the Public Management review document because my job is dependent upon having a good review." This is a veiled threat that I can be terminated in the absence of my "good review". For these reasons, I believe I am being discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

Date: Jan 2023

Signature: Chinyere Ogbonna-McGruder

Subscribed and sworn to before me this 1/9/23
Misty Oren Newby
My Commission Expires August 21, 2023

RECEIVED JAN 10 2023 EEOC Nashville Area Office