EXHIBIT 4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 494-2023-00838-Amended |

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Dr. Chinyere C. Ogbonna-McGruder | (615) 643-5483 | |

Street Address
7376 SMILEY HOLLOW RD
GOODLETTSVILLE, TN 37072

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| AUSTIN PEAY STATE UNIVERSITY | 501+ Employees | (931) 221-7572 |

Street Address
601 COLLEGE ST
CLARKSVILLE, TN 37044

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

DISCRIMINATION BASED ON
RACE

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2017
Latest: 2023

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

So, I was the only person ( Black African American Woman) that was denied the ability to self-select ( as was guaranteed per the departmental split memorandum) when the former PM/CJ was split in 2017. Despite the fact that APSU found that it was wrong of Dr Denton to deny me self selection, it has not remedied the issue. And consequently over the years through failed mediation and settlement attempts with APSU, , APSU has still denied me the ability to self select into criminal Justice department under the auspices that i am not qualified to teach Criminal Justice classes Despite the fact that i have taught CJ classes for about 20 years at APSU.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

3/30/2023   Chinyere Ogbonna McGruder
Date        Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

RECEIVED APR 03 2023
EEOC Nashville Area Office

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 494-2023-00838-Amended |

_____ and EEOC
State or local Agency, if any

This discrimination has been continual with APSU continually denying me the ability to move to and teach Criminal Justice classes through failed repeated resolution/settlement efforts in Jan 2020, Dec 2020, May 2022 ( where APSU claimed once again during the process that I am not qualified to teach CJ courses) which has cost me summer salary pay and continue to cause me pain, anguish, emotional distress and embarrassment, especially when APSU continually take the position that i am unqualified to teach CJ classes, while my complaint against APSU is pending.

Aug. 2022, Dr Culhane chair of CJ, emailed me to say that in effect can no longer teach the criminal justice class that he asked me to develop. During Oct 2022 sworn deposition of Dr Culhane he stated under oath that i am not qualified to teach Criminal Justice. February of 2023 , I found out that while Dr. Culhane was saying under oath in Oct of 2022 that I was not qualified to teach Criminal Justice ( which was his basis and Dean Denton's basis for denying me self-selection in 2017 and continually denying me teaching the CJ classes that i had taught in the past, When he and Dr Denton made the choice to take away my ability to self-select my department, and instead selected for me to be in PS/PM against the reorganization policy and against my wishes as the only woman and Black African America that was denied self-selection, He and Dr Denton indicated that such denial was because I earned my Phd in Public Administration .

So i found out in Feb that he had hired a Caucasian woman, Dr Erin , who just graduated in 2021/2022 into the department of CJ . Her resume shows no prior work or experience in Terrorism or Criminal Justice. And her Phd is in Public Policy and Administration yet he did not consider her unqualified to teach criminal Justice. This spring 2023, she is currently teaching 1 criminal Justice class and 2 terrorism related classes. Meanwhile

Meanwhile Dr Culhane told me that I will no longer teach the CJ class CJ 4200 Race and Culture in CJ, which is a selected topics class that students choose according to interest(that he asked me to develop and that he told me was needed by CRJ that I have taught for the past 5 years) because according to him ""As you have probably noticed in the hallway, there are many more CRJ people this year than in the past" In essence indicating that he has hired more CJ faculty in 2022 and presumably they will be teaching the class. But for the records no faculty is teaching the selected topics class CJ 4200 for spring 2023, and Apsu still refused during settlement efforts in may of 2022 to allow me selection into CJ citing my qualifications where as they hired Dr Erin a Caucasian and a new PHd Graduate with a phd in Public Policy and Administration Aug 2022 to teach in CJ .

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>3-30-2023   Chinyere Ogbonna McGruder<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |